# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | |
|---|---|
| M2 Lease Funds, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>Philadelphia Indemnity Insurance Company,<br><br>         Defendant. | Case No.:  2:19-cv-818 (JPS)<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Plaintiff M2 Lease Funds, LLC ("M2") and Defendant Philadelphia Indemnity Insurance Company ("PIIC"), by their respective counsel, stipulate that all claims that M2 of PIIC asserted or could have asserted against each in this action shall be dismissed, with prejudice, and on the merits, without further costs or attorneys' fees to either party pursuant to Fed. R. Civ. P. 41.  The parties request that the Court enter the proposed order submitted with this stipulation.

Dated:  July 24, 2019

            /s/ Susan G. Schellinger
            Russell S. Long, WISB#1008602
            Susan G. Schellinger, WISB#1021147
            DAVIS & KUELTHAU, S.C.
            111 East Kilbourn Avenue, Ste. 1400
            Milwaukee, WI  53202
            Tel: (414) 276-0200
            Fax: (414) 276-9369
            Email: rlong@dkattorneys.com
                sschellinger@dkattorneys.com

            (*Counsel for Plaintiff M2 Lease Funds, LLC*)

Dated:  July 24, 2019

/s/ Stacy Broman
Stacy A. Broman, WISB#1041686
Erin D. Doran, WISB#1085915
MEAGHER & GEER, P.L.L.P.
33 South Sixth Street, Ste. 4400
Minneapolis, MN  55402
Tel:     (612) 338-0661
Fax:     (612) 338-8384
Email:  sbroman@meagher.com
            edoran@meagher.com

(*Counsel for Defendant Philadelphia Indemnity Insurance Company*)

\12932451.1