# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| M2 Lease Funds, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Philadelphia Indemnity Insurance Company, <br><br> Defendant. | Case No.: 2:19-cv-818 (JPS) <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

The Court, having jurisdiction over the parties and having been notified that Plaintiff M2 Lease Funds, LLC and Defendant Philadelphia Indemnity Insurance Company have reached a settlement in this matter and agree to the dismissal of this matter, with prejudice, and pursuant to Fed. R. Civ. P. 41, with each party to bear its own fees and expenses.

IT IS HEREBY ORDERED that the matter is hereby dismissed, with prejudice, with each party to bear its own fees and expenses.

Dated: July ___, 2019

 Honorable J.P. Stadtmueller
 United States District Court Judge

\12932494.1